UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:25-CR-125 |
| v. ) | |
| ) | JUDGES Varlan / Poplin |
| CHRISTOPHER KYLE DUKE ) | |

## INFORMATION

### COUNT ONE

The United States Attorney charges that, on or about May 9, 2025, within the Eastern District of Tennessee, the defendant, **CHRISTOPHER KYLE DUKE,** knowingly and willfully did act in a manner to damage and attempt to destroy an interstate gas pipeline facility that is used in interstate or foreign commerce, in violation of 49 U.S.C. § 60123(b).

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

BY: *s/ David P. Lewen, Jr.*
David P. Lewen, Jr.
Assistant United States Attorney
TN BPR #042915
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Email: david.lewen@usdoj.gov

# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT  ☐ SUPERSEDING Case Number: _____
☑ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA v. **CHRISTOPHER KYLE DUKE**

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

Immigration Case
☐ Defendant is being added to existing criminal case  ☐ Zone A  ☐ Zone B  ☐ 11(c)(1)(C)
☐ Charges/Counts Added

Name of Assigned AUSA: **David P. Lewen, Jr.**

Matter Sealed:  ☐ YES  ☑ NO  Place of Offense: **Blount Co.**

☐ Interpreter Required  Language: _____

Issue:  ☐ WARRANT  ☐ SUMMONS  ☐ WRIT (Motion to be filed)

Arresting Agency:  ☐ DEA  ☐ ATF  ☐ USMS  ☐ FBI  ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed  Case Number: _____

☐ Defendant on Supervised Release  Case Number: _____

Related Case/Attorney:

Case Number _____  Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): **Scott A. Lanzon**

☐ Federal Defender  ☐ CJA  ☑ Retained

Appointed by Target Letter  Case Number: _____
Appointed in Pending Indictment  Case Number: _____

CHARGES:  Total # of Counts for this Defendant **1**

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 49 U.S.C. 60123(b) | Damaging or Destroying Gas Pipeline Facility | Y | 1 | |
| | | | | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature _____