UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 4

**Case #:** 3:25-CR-125  **Date:** December 3, 2025

United States of America **vs.** Christopher Kyle Duke

**Present before:** Honorable Jill E. McCook, United States Magistrate Judge

| Marian Billingsley | Kara Nagorny | |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| David P. Lewen | Scott Lanzon | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal information.

- [✓] Defendant sworn.
- [ ] Defendant requested appointment of counsel and submitted financial affidavit.
- [ ] Court approved financial affidavit and appointed counsel
- [✓] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
    - [✓] Defendant waived and reserved the right to a detention hearing.
    - [ ] Defendant requested detention hearing.
        - [ ] Detention hearing set.   [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [ ] Defendant entered plea to information:
    - [ ] Not guilty plea entered.   [ ] Guilty plea entered.
- [✓] Defendant reserved entry of plea pending hearing to be held before the District Judge.
- [ ] Case under seal as to defendant(s):
    - [ ] Unsealed upon granting of motion by AUSA.   [ ] To remain under seal.

**Dates set at this hearing:**
- [ ] Detention Hearing:
- [ ] Other Hearing:

[✓] Defendant remanded to custody.   [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 1:43 to 1:53

(●) I, Marian Billingsley, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ _ _

Case 3:25-cr-00125-TAV-DCP   Document 7   Filed 12/03/25   Page 1 of 1   PageID #: 18